IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TYSON A. KINT | : | CIVIL ACTION |
| | : | |
| v. | : | No. 15-4788 |
| | : | |
| MR. PATRICK PITKINS | : | |
| *SUPERINTENDENT*, et al. | : | |

# **ORDER**

AND NOW, this 16th day of December, 2016, upon careful and independent consideration of Petitioner Tyson A. Kint's pro se Petition Under 28 U.S.C. § 2254 for Writ of Habeas Corpus by a Person in State Custody, and after review of the Report and Recommendation of United States Magistrate Judge Thomas J. Rueter, to which no objections have been filed,[1] it is ORDERED:

1. The Report and Recommendation (Document 23) is APPROVED and ADOPTED;

2. Figueroa's Petition for Writ of Habeas Corpus (Document 2) is DENIED; and

3. Figueroa having failed to make a substantial showing of the denial of a constitutional right, a certificate of appealability shall not issue.

The Clerk of Court is DIRECTED to mark this case CLOSED.

BY THE COURT:


   /s/ Juan R. Sánchez   
Juan R. Sánchez, J.

---

[1] The Report and Recommendation was sent to all parties of record on November 17, 2016, together with a Notice from the Clerk of Court advising the parties of their obligation to file any objections within 14 days after service of the Notice. *See* Local R. Civ. P. 72.1 IV(b) ("Any party may object to a magistrate judge's proposed findings, recommendations or report under 28 U.S.C. § 636(b)(1)(B), and subsections 1(c) and (d) of this Rule within fourteen (14) days after being served with a copy thereof."). As of today's date, no objections have been filed.